# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **TERRY A. BARNES**, | : | |
| | : | |
| Plaintiff, | : | Case No.: 2:21-cv-770 |
| | : | |
| v. | : | Judge Marbley |
| | : | |
| **BROWN & ROOT INDUSTRIAL SERVICES, LLC,** | : | |
| | : | Magistrate Judge Vascura |
| | : | |
| Defendant. | : | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Terry A. Barns, by and through counsel, hereby provides notice of dismissal of all claims in this action, without prejudice, for purposes of asserting his claims against Defendant in arbitration pursuant to the parties' Dispute Resolution Agreement.

Respectfully submitted,

*/s/ Carrie J. Dyer*

Carrie J. Dyer (0090539)
*Carrie@MansellLawLLC.com*
Greg R. Mansell (0085197)
*Greg@MansellLawLLC.com*
Rhiannon M. Herbert (0098737)
*Rhiannon@MansellLawLLC.com*
**Mansell Law, LLC**
1457 S. High St.
Columbus, Ohio 43207
Ph: (614) 610-4134
Fax: (614) 547-3614

*Attorneys for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 16th day of April 2021, a copy of the foregoing was filed electronically.  Notice of the filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. A copy was also provided to counsel for Defendant via electronic mail.

      /s/ *Carrie J. Dyer*
      Carrie J. Dyer (0090539)